09-0184-cr
*USA v. Pagett*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of November, two thousand and ten.

PRESENT: BARRINGTON D. PARKER,
RICHARD C. WESLEY,
*Circuit Judges*,
BARBARA S. JONES,
*District Judge.**

---

UNITED STATES OF AMERICA,

*Appellee,*

-v.-                                    09-0184-cr

LARRY PAGETT, a/k/a LORENZO BLAISLE, a/k/a LESLIE PAGETT, a/k/a BIZ,

*Defendant-Appellant.*

---

* The Honorable Barbara S. Jones, of the United States District Court for the Southern District of New York, sitting by designation.

FOR APPELLANT:     GARY S. VILLANUEVA, Law Offices of Gary Villanueva, New York, NY.

FOR APPELLEE:      MORRIS J. FODEMAN, Assistant United States Attorney (David C. James & Soumya Dayananda, Assistant United States Attorneys, of Counsel, *on the brief*), *for* Loretta E. Lynch, United States Attorney, Eastern District of New York, Brooklyn, NY.

Appeal from the Eastern District of New York (Korman, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the District Court just be **AFFIRMED**.

Appellant appeals from a judgment of the United States District Court for the Eastern District of New York (Korman, *J.*), which sentenced him to 110 months of imprisonment, three years of supervised release, and a special assessment of $100. This sentence was imposed on Appellant, a previously convicted felon, after he plead guilty to knowingly and intentionally possessing a firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). Appellant seeks to have this sentence vacated and to have the case remanded for resentencing. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

2

The sentence imposed by the District Court was neither procedurally nor substantively erroneous.  We have considered Appellant's arguments and find them to be wholly without merit.

For the foregoing reasons, the judgment of the District Court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk